

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00708-CV

**IN THE MATTER OF G.L.R.** Jr., A Juvenile

From the 436th District Court, Bexar County, Texas
Trial Court No. 2014-JUV-01095
The Honorable Lisa Jarrett, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant G.L.R. Jr. because he is indigent.

SIGNED July 22, 2015.

_____
Marialyn Barnard, Justice